UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12-PO-094 |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| DOMINIQUE DIXON, | : | |
| Defendant. | : | |

# ORDER

Defendant filed an ex parte application on October 5, 2012, for the issuance of subpoenas for individuals and the pretrial production of documentary evidence pursuant to Fed. R. Crim. P. 17(b) and 17(c). The Court finds that Defendant is indigent and that the individuals and documentary evidence requested by the Defendant is necessary to her defense. Accordingly, Defendant's application is granted. The subpoenas will be served by the office of the Federal Public Defender.

    s/Sharon L. Ovington
Sharon L. Ovington
United States Magistrate Judge

Date: 10/9/12